IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRYSTAL DEBERRY,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **TONYA YOUNES,** *et al.*, | : | **NO. 17-4574** |
| **Defendants.** | | |

## ORDER

AND NOW, this 20th day of October, 2017, upon consideration of Ms. Deberry's motion to proceed *in forma pauperis* and her *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. Plaintiff Crystal Deberry, #17412, shall pay the full filing fee of $350.00 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by Ms. Deberry, she is not assessed an initial partial filing fee. In each month when the amount in Ms. Deberry's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to plaintiff's inmate trust fund account until the fees are paid. Each payment shall reference the docket number for this case, Civil Action No. 17-4574.

3. The Clerk of Court is directed to send a copy of this order to Warden of the Northampton County Jail.

4. The complaint is DISMISSED with prejudice in accordance with the Court's Memorandum. Ms. Deberry may not file an amended complaint in this case.

5. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
GERALD A. MCHUGH, J.